IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA   :
                           :
         V.                :        1:25CR287-1
                           :
FELIX WEI-LIAN SUNG        :

**NOTICE OF APEARANCE**

NOW COMES Kellie D. Mannette, and gives notice of her general appearance on behalf of Felix Wei-Lian Sung in the above-captioned action.

This the 27th day of August, 2025.

                                          THOMAS, FERGUSON & BESKIND, L.L.P.

                                          BY: /s/ Kellie D. Mannette
                                                Attorney for Defendant
                                                N.C. State Bar # 39882
                                                119 East Main Street
                                                Durham, NC  27701
                                                Telephone: (919) 682-5648
                                                Email: mannette@tfblawyers.com

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 1:25CR287-1 |
| | : | |
| FELIX WEI-LIAN SUNG | : | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 27, 2025, I electronically filed the foregoing with the Clerk of Court using the CM-ECF system which will send notification of such filing to the following: Karla Painter, Assistant United States Attorneys. And I hereby certify that there are no parties who do not participate in CM/ECF.

                                       THOMAS, FERGUSON & BESKIND, L.L.P.

                                       BY: /s/ Kellie D. Mannette
                                              Attorney for Defendant
                                              N.C. State Bar # 39882
                                              119 East Main Street
                                              Durham, NC 27701
                                              Telephone: (919) 682-5648
                                              Email: mannette@tfblawyers.com