# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

*FILED AUG 2 8 2025, Clerk U.S. District Court, Greensboro, NC*

| | |
|---|---|
| United States of America<br>v.<br>**FELIX WEI-LIAN SUNG**<br><br>*Defendant* | )<br>)<br>) Case No. 1:25CR287-1<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **FELIX WEI-LIAN SUNG**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possess child pornography that involved a prepubescent minor and a minor who had not attained 12 years of age in violation of 18:2252A(a)(5)(B) and (b)(2).

The Unites States Attorney requests a detention hearing.

Date: 08/26/2025

Lawrence H. Cunningham, Clerk of Court
*Issuing officer's signature*

City and state: Greensboro, NC

/s/ Abby Taylor, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/26/25, and the person was arrested on *(date)* 8/28/25
at *(city and state)* Durham, NC

RECEIVED AUG 2 6 2025 US Marshals Service

Date: _____

*Arresting officer's signature*

L. Darden  FBI
*Printed name and title*