

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA     :
                                     :
      v.                           :       1:25-cr-287-1
                                       :
FELIX WEI-LIAN SUNG        :

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on August 25, 2025, a federal grand jury sitting in the Middle District of North Carolina returned an Indictment against the Defendant, FELIX WEI-LIAN SUNG, which charges the Defendant with a violation to 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

AND WHEREAS, forfeiture allegations were included in the Indictment, pursuant to Title 18 U.S.C. § 2253 and 28 U.S.C. § 2461(c), and a Bill of Particulars listing forfeitable property was filed October 15, 2025;

AND WHEREAS, the Defendant, FELIX WEI-LIAN SUNG, entered a Consent to Forfeiture on October 15, 2025, whereby he consented to forfeiture of all right, title and interest in and to property subject to forfeiture based on the offense to which he pleaded guilty, including but not limited to, the following:

1. Apple iPad 4, serial number DMPJKVYWF18;

2. Power Mac G5 A1047, serial number RM431ZGBQPM;

3. Hitachi HTS Hard Drive, serial number 722020K9SA00;

4. Crucial Hard Drive, serial number 1914E1F7A789;

5. Touro Hard Drive, serial number 6P1G5L8N;

6. Toshiba Hard Drive, serial number 82AHFNKNS;

7. Seagate Hard Drive, serial number NA0L35P9;

8. Western Digital Hard Drive, serial number WCANK9751853;

9. MacBook Pro Model A1398, serial number C02JQJEWDKQ1;

10. MacBook Air, serial number FVFYF7M6J1WK;

11. Crucial Hard Drive, serial number 2238E49918AF;

12. Samsung Portable SSD T7, serial number S6XKNS0T701044R;

13. Sandisk Micro SD Card, model 2019-12-19;

14. Toshiba Hard Drive, serial number 93UHS163SSX3;

15. Black Magic SD Card, serial number TCHN008802882;

16. Sandisk SD Card, serial number BR18298111880;

17. Samsung Micro SD Card, model E20210810;

- 2 -

18. Sandisk Hard Drive SSD, model SDSSDE60-1T00;

19. MacBook Pro Laptop, serial number C1MLJLADDTY3;

20. Dell Laptop, serial number HLCXW52;

21. Samsung Portable SSD T5, serial number S49WNV0M522190P;

22. Sandisk Hard Drive, model SDSSDE60-500G;

23. Apple iPhone 5s Model A1533-IMEI: 013991003779605;

24. Samsung Hard Drive serial number S4CMNG0M202658J;

25. Apple iPad serial number DMPJKVYWF183;

26. Touro Hard Drive serial number 6P1G5L8N;

27. Sandisk Hard Drive 500 GB model SDSSDE60-500G;

28. Seagate 3TB serial number NA0L35P9;

29. Western Digital serial number WCANK9751853;

30. MacBook Pro Model: A1398 serial number C02JQJEWDKQ1; and

31. Power Mac G5 Model: A1047 serial number RM431ZGBQPM.

AND WHEREAS, on November 3, 2025, the Defendant, FELIX WEI-LIAN SUNG, pleaded guilty to the Indictment.

AND WHEREAS, the court finds that the Defendant's interest in and to the property identified above and as

- 3 -

described in the forfeiture allegation in the Indictment,
Bill of Particulars, and Consent to Forfeiture is subject
to forfeiture, and that the requisite nexus exists between
the personal property and the offense to which he has pled
guilty.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. As a result of the guilty plea to the Indictment,
for which the Government sought forfeiture, and based on
the Consent to Forfeiture and other matters of record in
this case, the Defendant, FELIX WEI-LIAN SUNG, shall
forfeit to the United States the following items of
personal property pursuant to 18 U.S.C. § 2253 and 28 U.S.C.
§ 2461(c):

    1. Apple iPad 4, serial number DMPJKVYWF18;

    2. Power Mac G5 A1047, serial number RM431ZGBQPM;

    3. Hitachi HTS Hard Drive, serial number 722020K9SA00;

    4. Crucial Hard Drive, serial number 1914E1F7A789;

    5. Touro Hard Drive, serial number 6P1G5L8N;

    6. Toshiba Hard Drive, serial number 82AHFNKNS;

- 4 -

7. Seagate Hard Drive, serial number NA0L35P9;

8. Western Digital Hard Drive, serial number WCANK9751853;

9. MacBook Pro Model A1398, serial number C02JQJEWDKQ1;

10. MacBook Air, serial number FVFYF7M6J1WK;

11. Crucial Hard Drive, serial number 2238E49918AF;

12. Samsung Portable SSD T7, serial number S6XKNS0T701044R;

13. Sandisk Micro SD Card, model 2019-12-19;

14. Toshiba Hard Drive, serial number 93UHS163SSX3;

15. Black Magic SD Card, serial number TCHN008802882;

16. Sandisk SD Card, serial number BR18298111880;

17. Samsung Micro SD Card, model E20210810;

18. Sandisk Hard Drive SSD, model SDSSDE60-1T00;

19. MacBook Pro Laptop, serial number C1MLJLADDTY3;

20. Dell Laptop, serial number HLCXW52;

21. Samsung Portable SSD T5, serial number S49WNV0M522190P;

22. Sandisk Hard Drive, model SDSSDE60-500G;

23. Apple iPhone 5s Model A1533-IMEI: 013991003779605;

24. Samsung Hard Drive serial number S4CMNG0M202658J;

25. Apple iPad serial number DMPJKVYWF183;

26. Touro Hard Drive serial number 6P1G5L8N;

27. Sandisk Hard Drive 500 GB model SDSSDE60-500G;

28. Seagate 3TB serial number NA0L35P9;

29. Western Digital serial number WCANK9751853;

30. MacBook Pro Model: A1398 serial number C02JQJEWDKQ1; and

31. Power Mac G5 Model: A1047 serial number RM431ZGBQPM.

2. Upon entry of this Order, the United States Attorney General (or a designee) is authorized to conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture, in accordance with Fed. R. Crim. P. 32.2(b)(3).

3. Upon entry of this Order, the United States Attorney General (or a designee) is authorized to commence any proceeding to comply with statutes governing third party rights, including giving notice of this Order.

4. The United States shall publish notice of the Order and its intent to dispose of the property in such a manner as the United States Attorney General (or a

- 6 -

designee) may direct. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the subject property.

5.    Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

6.    The court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

This the 12th day of November, 2025.

_____
United States District Judge

- 7 -